military judge and instead has vacated the ruling at the court-martial and remanded the case to the military judge. There is, at present, no extant ruling which excludes evidence, and if the ruling below is effectuated, the judgment of the Court of Criminal Appeals would resume, not terminate, the proceedings. Additionally, the granted assigned issues are without merit in view of our holding in *United States v. Ortiz*, 76 M.J. 189 (C.A.A.F. 2017). Accordingly, it is ordered that the order granting the petition for grant of review is hereby vacated and the case is returned to the Judge Advocate General of the Air Force for execution of the remand and further consideration ordered by the Court of Criminal Appeals in accordance with *United States v. Kosek*, 41 M.J. 60, 64–65 (C.M.A. 1994).

No. 16–0724/AF. U.S. v. Donald R.B. Simmons. CCA 38788. On further consideration of the granted issue, 75 M.J. 482 (C.A.A.F. 2016), and in light of *United States v. McClour*, 76 M.J. 23 (C.A.A.F. 2017), it is ordered that the judgment of the United States Air Force Court of Criminal Appeals is hereby affirmed.

No. 16–0748/NA. U.S. v. David W. Neiman. CCA 201500119. On further consideration of the granted issue, 75 M.J. 491 (C.A.A.F. 2016), and in light of *United States v. McClour*, 76 M.J. 23 (C.A.A.F. 2017), it is ordered that the judgment of the United States Navy–Marine Corps Court of Criminal Appeals is hereby affirmed.

No. 16–0756/AF. U.S. v. Timothy J. Morgan. CCA 38825. On further consideration of the granted issue, 75 M.J. 469 (C.A.A.F. 2016), and in light of *United States v. McClour*, 76 M.J. 23 (C.A.A.F. 2017), it is ordered that the judgment of the United States Air Force Court of Criminal Appeals is hereby affirmed.

No. 17–0010/MC. U.S. v. Alfredo Solis. CCA 201500249. On further consideration of the granted issue, 75 M.J. 495 (C.A.A.F. 2016), and in light of *United States v. McClour*, 76 M.J. 23 (C.A.A.F. 2017), it is ordered that the judgment of the United States Navy–Marine Corps Court of Criminal Appeals is hereby affirmed.

No. 17–0063/AF. U.S. v. Jerry C. Harrison. CCA 38745. On further consideration of the granted issue, 76 M.J. 45 (C.A.A.F. 2016), and in light of *United States v. McClour*, 76 M.J. 23 (C.A.A.F. 2017), it is ordered that the judgment of the United States Air Force Court of Criminal Appeals is hereby affirmed.

No. 17–0115/MC. U.S. v. Mark A. Tamburello. CCA 201600109. On further consideration of the granted issue, 76 M.J. 61 (C.A.A.F. 2017), and in light of *United States v. McClour*, 76 M.J. 23 (C.A.A.F. 2017), it is ordered that the judgment of the United States Navy–Marine Corps Court of Criminal Appeals is hereby affirmed.

No. 17–0123/AF. U.S. v. Courtney R. Canada. CCA S32298. On further consideration of the granted issue, 76 M.J. 58 (C.A.A.F. 2017), and in light of *United States v. McClour*, 76 M.J. 23 (C.A.A.F. 2017), it is ordered that the judgment of the United States Air Force Court of Criminal Appeals is hereby affirmed.

No. 16–0475/AF. U.S. v. Nathan G. Wilson–Crow. CCA 38706. Appellant's motion to extend time to file a joint appendix granted to February 15, 2017.

No. 17–0153/AR. U.S. v. Edward J. Mitchell. CCA 20150776. In view of the Court's selection of the above-captioned case to be heard as part of Project Outreach at Notre Dame Law School on April 4, 2017, the Court invites the filing of

*amicus curiae* briefs in support of the Appellant and Appellee by eligible law students acting under supervising attorneys. See Rules 13A and 26(a)(2), Rules of Practice and Procedure. The briefs shall be filed on or before March 21, 2017.

No. 17–0196/AF. U.S. v. Paul D. Voorhees. CCA 38836. Appellant's motion to attach a document is granted, and Appellant's second motion to extend time to file the supplement to the petition is granted to February 28, 2017.

Tuesday, February 14, 2017

No. 16–0155/AF. U.S. v. Nehral Albert R. Maliwat. CCA 38579. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER THE MILITARY JUDGE ABUSED HIS DISCRETION BY PROVIDING THE PROPENSITY INSTRUCTION UNDER MILITARY RULE OF EVIDENCE 413 AFTER FAILING TO PERFORM THE REQUIRED ANALYSIS ON THE RECORD AND AFTER THE GOVERNMENT FAILED TO PROVIDE THE REQUIRED NOTICE OF ITS INTENT TO ARGUE PROPENSITY.

The decision of the United States Air Force Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Air Force for remand to that court for reconsideration of the granted issue in light of *United States v. Hills*, 75 M.J. 350 (C.A.A.F. 2016).

No. 16–0669/NA. U.S. v. Mark A. Berger. CCA 201500024. On further consideration of the granted issues, 75 M.J. 479 (C.A.A.F. 2016), it is ordered that the decision of the United States Navy–Marine Corps Court of Criminal Appeals is hereby set aside. The record of trial is returned to the Judge Advocate General of the Navy for remand to that court for reconsideration of the granted issue in light of *United States v. Hills*, 75 M.J. 350 (C.A.A.F. 2016).